IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL A. KOCHANSKI,  )  <br>  )  <br>      Plaintiff,  )  <br>  )  <br>v.  )  <br>  )  <br>BUREAU OF ALCOHOL, TOBACCO,  )  <br>FIREARMS AND EXPLOSIVES,  )  <br>  )  <br>      Defendant.  ) | 25-cv-2021-JPG |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**Plaintiff Daniel A. Kochanski**, by and through his attorneys, Maag Law Firm, LLC, and **Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives**, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Assistant United States Attorney, Nicholas J. Biersbach, hereby jointly stipulate to the voluntary dismissal of this action in its entirety <u>with prejudice</u>, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs, expenses, and fees, except that Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives will not object to a bill of costs in the amount of the filing fee of four hundred and five dollars ($405.00).

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

| | |
|---|---|
| *s/ Nicholas J. Biersbach* | *s/ Peter J. Maag (with consent)* |
| NICHOLAS J. BIERSBACH | PETER J. MAAG |
| Assistant United States Attorney | Maag Law Firm, LLC |
| United States Attorney's Office | 8800 Skyview Drive |
| Nine Executive Drive | Cottondale, AL 35453 |
| Fairview Heights, Illinois 62208-1344 | Email: lawmaag@gmail.com |
| E-mail: Nicholas.Biersbach@usdoj.gov | *Attorneys for Plaintiff* |
| *Attorneys for the Defendant* | |