IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL A KOCHANSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.    25-cv-2021 JPG |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a stipulation of dismissal (doc. 8).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, the parties have presented a signed stipulation of dismissal.  Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: 2/25/2026

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE